UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUSTAVO MARIN,

                Plaintiff,

-v-                                       CIVIL ACTION NO. 24 Civ. 5495 (DEH) (SLC)

4-10 BOGARDUS CORP., et al.,                    **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties were required to submit by October 16, 2024 a Report of Rule 26(f) Meeting and Proposed Case Management Plan (see ECF No. 24) but failed to do so. As a one-time courtesy, the Court sua sponte extends the parties' deadline to **Friday, October 18, 2024.** The parties' failure to abide by this deadline may result in the cancellation of the initial case management conference scheduled for Wednesday, October 23, 2024.

Dated:       New York, New York
              October 17, 2024

                                                      SO ORDERED.

                                                      **SARAH L. CAVE**
                                                     **United States Magistrate Judge**