UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUSTAVO MARIN,

                Plaintiff,

  -v-                                     CIVIL ACTION NO. 24 Civ. 5495 (DEH) (SLC)

4-10 BOGARDUS CORP., et al.,                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On October 21, 2024, the Court adjourned the initial case management conference (the "ICMC") scheduled in this matter in light of the parties' representation that they were participating in mediation and wished to "avoid the accrual of potentially unnecessary attorneys' fees[.]" (See ECF Nos. 26, 28). On October 31, 2024, the parties filed a proposed Consent to Proceed Before U.S. Magistrate Judge Form indicating they intended to file a Motion for Settlement Approval. (ECF No. 29). In light of the parties' apparent settlement, the ICMC scheduled for Tuesday, November 12, 2024 is CANCELLED. By separate order, the Court will set a deadline for the parties to file a motion for settlement approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

Dated:      New York, New York
               November 8, 2024

                                              SO ORDERED.

                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**