THE LAW OFFICES OF
# FAUSTO E. ZAPATA, JR., P.C.

Broadway Chambers Building
277 Broadway, Suite 501
New York, New York 10007

Tel: 212-766-9870 / Fax: 212-766-9869
Email: fz@fzapatalaw.com
Web: www.LaborEmploymentLawFirm.com

December 3, 2024

Hon. Sarah L. Cave
Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

Re:    Gustavo Marin v. 4-10 Bogardus Corp. and Metro
Management & Development, Inc., SDNY Case
No. 24 Civ. 5495 (DEH)(SLC)

Dear Judge Cave,

We represent the Plaintiff in the above-referenced matter.

We are writing to request an extension of the deadline to file a Cheeks Motion, moving it from December 3, 2024, to December 16, 2024. This extension is necessary to address an unresolved issue that arose after mediation, which may affect the settlement.

This is the Plaintiff's first request for an extension of the Cheeks Motion deadline. Although we have not obtained the Defendants' consent, we attempted to do so by calling their counsel twice today and leaving messages requesting a return call.

Thank you for your consideration.

Very truly yours,

*s/Fausto E. Zapata, Jr.*
Fausto E. Zapata, Jr.

C:    File

The Court is in receipt of Plaintiff's Letter-Motion (ECF No. 32 (the "Letter-Motion")) seeking an extension of time to finalize and submit the parties' joint motion for settlement approval (the "Joint Motion") pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).  The Letter-Motion is GRANTED, and the parties shall file the Joint Motion by **Monday, December 16, 2024.**

The Clerk of Court is respectfully directed to close ECF No. 32.

SO ORDERED.    12/4/2024

SARAH L. CAVE
United States Magistrate Judge