# THE LAW OFFICES OF
# FAUSTO E. ZAPATA, JR., P.C.

Broadway Chambers Building  
277 Broadway, Suite 501  
New York, New York 10007

Tel: 212-766-9870 / Fax: 212-766-9869  
Email: fz@fzapatalaw.com  
Web: www.LaborEmploymentLawFirm.com

December 16, 2024

Hon. Sarah L. Cave  
Magistrate Judge  
Daniel Patrick Moynihan Courthouse  
500 Pearl Street, Room 1670  
New York, New York 10007

Re: Gustavo Marin v. 4-10 Bogardus Corp. and Metro Management & Development, Inc., SDNY Case No. 24 Civ. 5495 (DEH)(SLC)

Dear Judge Cave,

We represent the Plaintiff in the above-referenced matter.

We are writing to request an extension of the deadline to file a Cheeks Motion from December 16, 2024, to December 23, 2024. This extension is necessary for the Plaintiff to execute the parties' proposed settlement agreement, which we received after 6:00 PM today.

This is the Plaintiff's second request for an extension. We informed Defendants' counsel of our need for additional time, and they did not object to our intention to seek this extension.

Thank you for your consideration.

Very truly yours,

*s/Fausto E. Zapata, Jr.*  
Fausto E. Zapata, Jr.

C: File

---

Plaintiff's request at ECF No. 35 is **GRANTED**, and the deadline to file a Cheeks motion is **EXTENDED** up to and including **December 23, 2024**.

The parties are reminded that any requests for extension of time must be made at least 48 hours in advance of the deadline. See Rule I.D., Individual Practices In Civil Cases Magistrate Judge Sarah L. Cave.

The Clerk of Court is respectfully directed to close ECF No. 35.

SO ORDERED.   December 17, 2024

_Sarah L. Cave_  
SARAH L. CAVE  
United States Magistrate Judge